FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 14 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>JESUS RAMIRO GOMEZ, AKA Hunter,<br><br>Defendant - Appellant. | No. 23-435<br><br>D.C. No.<br>8:20-cr-00171-JVS-FWS-5<br>Central District of California,<br>Santa Ana<br><br>**ORDER** |

**MURGUIA**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 40(c) and Circuit Rule 40-3. The three-judge panel opinion is vacated.

Judge Lee did not participate in the deliberations or vote in this case.